UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZIQI YANG,<br><br>        *Plaintiff*,<br><br>  v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; and TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,<br><br>        *Defendants*. | Case No. 25-cv-03264 (EG)<br><br>Hon. Edgardo Ramos<br><br>**ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER** |

   Upon the copy of the Verified Complaint, sworn to the 18th day of April, 2025, hereto annexed, it is

   ORDERED, that the above named defendants show cause before this Court, at Room 619, United States Courthouse, 40 Foley Square, in the City, County and State of New York, on <u>Tuesday, April 29, 2025, at 9:30 in the morning</u>, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure during the pendency of this action:

   (1) requiring Defendants Noem and Lyons to set aside the F-1 student status termination decisions as to Plaintiff;

   (2) prohibiting Defendants Noem and Lyons from arresting, detaining, or transferring Plaintiff out of this Court's jurisdiction, or ordering the arrest, detention, or transfer of Plaintiff out of this Court's jurisdiction, without first providing adequate notice to both this Court and plaintiff's counsel;

(3) prohibiting Defendants Noem and Lyons from initiating removal proceedings against or deporting Plaintiff on the basis of the termination of Plaintiff's F-1 student status; and

(4) prohibiting Defendants Noem and Lyons from preventing Plaintiff from applying for Optional Practical Training on the basis of the termination of his F-1 student status and/or termination of his SEVIS record.  It is further

ORDERED that, sufficient reason having been shown therefore, pending the hearing of plaintiff's application for a preliminary injunction, pursuant to Rule 65, Fed. R. Civ. P., the defendants are temporarily ordered to:

(1) set aside the F-1 student status termination decisions as to Plaintiff; the defendants are further temporarily restrained and enjoined from:

(2) arresting, detaining, or transferring Plaintiff out of this Court's jurisdiction, or ordering the arrest, detention, or transfer of Plaintiff out of this Court's jurisdiction, without first providing adequate notice to both this Court and plaintiff's counsel;

(3) initiating removal proceedings against or deporting Plaintiff on the basis of the termination of Plaintiff's F-1 student status;

(4) preventing Plaintiff from applying for Optional Practical Training on the basis of the termination of his F-1 student status and/or termination of his SEVIS record; and it is further

ORDERED that Plaintiff's obligation to post security is waived;

ORDERED that opposing papers shall be filed with the Court and served on Plaintiff's counsel on or before 5:00 o'clock in the afternoon, on Thursday, April 24, 2025;

ORDERED that reply papers shall be filed with the Court and served on Defendants' counsel on or before <u>12:00 o'clock in the afternoon, on Monday, April 28, 2025</u>;

ORDERED that personal service of a copy of this order and annexed affidavit upon the defendants or their counsel on or before <u>5:00 o'clock in the afternoon, on Monday, April 21, 2025</u> shall be deemed good and sufficient service thereof.

DATED:   New York, New York
April 20, 2025 at 8:00 p.m.

Edgardo Ramos, United States District Judge